IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENTRIC DEVONE McKOY,

    Petitioner,                    No. CIV S-08-2911 JAM KJM P

    vs.

DEBRA DEXTER,

    Respondent.                ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 4, 2009, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's motion to dismiss should not be granted for petitioner's failure to file a response.

DATED: July 30, 2009.

_____
U.S. MAGISTRATE JUDGE

4/mcko2911.46